ARTURO SANTANA, JR., SBN 128074
100 N. Citrus Street, Suite 415
West Covina, California 91791
Telephone: (626) 967-1500
Facsimile: (626) 967-1533
art@santanaesq.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL CANDELARIA | CASE NO. CV11-4090-GW (CW) |
| Plaintiff, | **ORDER RE:**<br>**DISMISSAL OF DEFENDAT CITY OF LOS ANGELES AND LOS ANGELES POLICE DEPARTMENT** |
| v. | |
| CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; XAVIER IZQUIERDO | |
| Defendants. | |

## ORDER

IT IS HEREBY ORDERED that the complaint of Manuel Candelaria against The City of Los Angeles and the Los Angeles Police Department be dismissed with prejudice.

DATED: October 18 2012

By: _____
Judge of the U.S. District Court
Central District of California
**U.S. MAGISTRATE JUDGE**

1
PROPOSED ORDER