```
1  ARTURO SANTANA, JR., SBN 128074
   100 N. Citrus Street, Suite 415
2  West Covina, California 91791
   Telephone: (626) 967-1500
3  Facsimile: (626) 967-1533
   art@santanaesq.com
4
5  Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL CANDELARIA<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; XAVIER IZQUIERDO<br><br>      Defendants. | CASE NO. CV11-4090-GW (CW)<br><br>**ORDER RE:**<br>**DISMISSAL OF DEFENDAT CITY OF LOS ANGELES AND LOS ANGELES POLICE DEPARTMENT** |

### ORDER

IT IS HEREBY ORDERED that the complaint of Manuel Candelaria against The City of Los Angeles and the Los Angeles Police Department be dismissed with prejudice.

DATED: October 18 2012

By: _____
Judge of the U.S. District Court
Central District of California
**U.S. MAGISTRATE JUDGE**

PROPOSED ORDER